UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES DORMAN, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-1904-WBV-DPC** |
| **ST. CHARLES HOTEL, ET AL.** | **SECTION "D" (2)** |

## ORDER OF DISMISSAL

The Court, having been advised by counsel for plaintiffs, James Dorman and Evelyn Dorman, in an email to the Court dated August 7, 2020, that Plaintiffs have settled all of their claims against all of the Defendants in this case;

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and **without prejudice** to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time.  The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, August 7, 2020.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**